

# OFFICE OF THE COUNTY COUNSEL

Hall of Records, Room 535, Newark, New Jersey 07102
973.621.5003   ---   973.621.4599 (Fax)
www.essexcountynj.org

**Joseph N. DiVincenzo, Jr.**
Essex County Executive

**Jerome M. St. John**
Essex County Counsel

March 21, 2023

Hon. Edward S. Kiel, U.S.M.J.
Frank R. Lautenberg U.S. P.O.
 & Courthouse – Room 8
1 Federal Square
Newark, NJ   07102

    Re:    Quinn Mayweather v. Sgt. Herman Pride, et al.
             Civil Action No. 23-316

Dear Judge Kiel:

    As a follow-up to our recent conference, the Essex County defendants respectfully request that this matter be stayed pending the criminal investigation in this case.

    All parties have acknowledged that there is an ongoing Federal investigation concerning this case and defendants in this case.  Therefore, it would be difficult to proceed with discovery while this investigation is pending.

                           Respectfully submitted,

                           *s/Alan Ruddy*_____
                           Alan Ruddy
                           Assistant County Counsel
                           (973) 621-5021

AR/gs
cc/all counsel
    Joseph Donahue, Esq.
    Joseph Gribko, Esq.