

# OFFICE OF THE COUNTY COUNSEL

Hall of Records, Room 535, Newark, New Jersey 07102

973.621.5003   ---   973.621.4599 (Fax)

www.essexcountynj.org

**Joseph N. DiVincenzo, Jr.**
Essex County Executive

**Jerome M. St. John**
Essex County Counsel

March 22, 2023

**Via Electronic Filing**
Hon. Edward S. Kiel, U.S.M.J.
United States District
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

**Re:   Quinn Mayweather v. County of Essex**
**Civil Action No. 2:23-cv-00316 (CC-ESK)**

Dear Judge Kiel:

With all due respect to Mr. Schwartz, I totally disagree with his characterization of the recent conference and my letter to the Court.

In the first instance, the Court did not affirm that the U.S. Attorney's Office would have to move for a stay.

Additionally, I did not represent in my letter that all parties consented. I simply stated the facts acknowledged in his letter, that there was an ongoing Federal investigation.

Finally, I reiterate the thrust of my March 21, 2023 letter concerning the effect of the Federal investigation on discovery in this case.

Respectfully,

s/Alan Ruddy
Assistant County Counsel
973-621-5021

AR:cs

cc:   All Counsel
      Joseph Donahue, Esq.
      Joseph Gribko, Esq.

*Putting Essex County First*

**ESSEX COUNTY IS AN EQUAL OPPORTUNITY EMPLOYER**