# C. ELSTON & ASSOCIATES, LLC
*Attorneys at Law*

309 Morris Avenue
Suite E
Spring Lake, New Jersey 07762
Office (732) 280-6911
Fax (732) 280-6955
cbanker@elstonlaw.com

March 23, 2023

<u>Via CM/ECF</u>
Honorable Edward S. Kiel, U.S.M.J.
United States District Court for
 The District of New Jersey
2 Federal Square – Court Room 08
Frank Lautenberg Post Office &
 U.S. Courthouse
Newark, NJ 07102

  Re: **Mayweather v. County of Essex, et al.**
     **Case No. 2:23-cv-00316-CCC-ESK**
     *Administrative Termination of Case*

Dear Judge Kiel:

  This firm represents Defendant Sgt. Herman Pride in the above-captioned matter.

  As the administrative termination of the case pursuant to the Court's March 22, 2023 Text Order [ECF No. 16] effectuates a stay of discovery, and as such is in accord with the position espoused by Defendant Pride in the Joint Proposed Discovery Plan [*see* ECF No. 14, ##5, 9(d)], Defendant Pride does not object to said administrative termination.

  We thank the Court for its consideration.

                Respectfully submitted,

                <u>/s/  *Cathlene Y. Banker*</u>
                  Cathlene Y. Banker, Esq.

cc: <u>Via CM/ECF</u>: All Attorneys of Record