# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| QUINN MAYWEATHER, | Case No. 23–cv–00316–CCC–ESK |
| Plaintiff, | |
| v. | ORDER |
| SGT. HERMAN PRIDE, *et al.*, | |
| Defendants. | |

**THIS MATTER** having come before the Court on defendant Herman Pride's motion to stay discovery (Motion) (ECF No. 39); and the remaining defendants having joined in the Motion (ECF No. 40); and plaintiff having filed opposition to the Motion (ECF No. 41), to which defendant Herman Pride filed a reply (ECF No. 44); and for the reasons stated on the record during the hearing on December 1, 2023,

**IT IS** on this **1st** day of **December 2023**  **ORDERED** that:

1.    The Motion is DENIED. The Clerk of the Court is directed to terminate the Motion at ECF No. 39.

2.    A telephone status conference is scheduled for **February 7, 2024 at 10:30 a.m.** before Magistrate Judge Edward S. Kiel.   The dial in number is 973-437-5535 and the phone conference ID is 650 812 656#.   The parties shall file a joint letter, at least **three business days** before the conference advising of the status of discovery, any pending motions, and any other issues to be addressed.

   */s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES MAGISTRATE JUDGE**