Catherine M. Elston, Esq. (NJ Attorney ID #015051990)
Cathlene Y. Banker, Esq. (NJ Attorney ID #013992004)
C. ELSTON & ASSOCIATES, LLC
309 Morris Avenue, Suite E
Spring Lake, NJ 07762
Telephone: (732) 280-6911/Fax: (732) 280-6955
Email: cmelston@elstonlaw.com/cbanker@elstonlaw.com
*Attorneys for Defendant Sgt. Herman Pride*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| QUINN MAYWEATHER,<br><br>                                        Plaintiff,<br><br>        v.<br><br>SGT. HERMAN PRIDE, CORRECTIONS OFFICER HALL (#3201), CORRECTIONS OFFICER HARRISON (#3184), CORRECTIONS OFFICER CHAVECO (#3335), CORRECTIONS OFFICER R. WILLIAMS (#2934), CORRECTIONS OFFICER MAYES (#3313), CORRECTIONS OFFICER NIGRO (#3212), CORRECTIONS OFFICER EDWARDS (#3354), COUNTY OF ESSEX, ESSEX COUNTY CORRECTIONAL FACILITY, DIRECTOR ALFARO ORTIZ, WARDEN GUY CIRILLO, ASSOCIATE WARDEN ANTONIO PIRES, JOHN DOE CORRECTIONS OFFICERS 1-10 and JOHN DOE CORRECTIONAL FACILITY DIRECTORS, WARDENS AND ADMINISTRATORS, ESSEX COUNTY SHERIFF'S DEPARTMENT,<br><br>                                        Defendants. | Civil Action No.<br><br>2:23-cv-00316-CCC-SDA<br><br><br>**DEFENDANT SGT. HERMAN PRIDE'S ANSWER TO AMENDED COMPLAINT, SEPARATE DEFENSES, CROSSCLAIMS, AND ANSWER TO CROSSCLAIMS** |

Defendant Sgt. Herman Pride ("Defendant"), by and through the undersigned counsel, by way of answer to Plaintiff's amended complaint ("Amended Complaint"), says:

## NATURE OF THE ACTION

1.    Paragraph 1 contains Plaintiff's characterization of this action and/or conclusions of law rather than averments of fact; therefore, no response is required.

## VENUE

2.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 2.

## NOTICE OF CLAIM

3.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 3.

## EFFORTS TO OBTAIN UNDERLYING INVESTIGATIVE FILES

4.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 4.

5.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 5.

6.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 6.

7.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 7.

## **PARTIES**

8.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 8.

9.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 9.

10.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 10.

11.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 11.

12.     Paragraph 12 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 12.

13.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 13.

14.     Defendant denies the allegations as to Defendant contained in paragraph 14. As to the remaining allegations contained in paragraph 14, Defendant

lacks knowledge or information sufficient to form a belief about the truth of the allegations.

15.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 15.

16.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 16.

17.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 17.

18.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 18.

19.    Defendant admits that on February 28, 2021, he was employed at the Essex County Correctional Facility by the County of Essex as a county correctional police sergeant. The remaining allegations in paragraph 19 are Plaintiff's characterization of this action and/or conclusions of law rather than averments of fact; therefore, no response is required.

20.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 20.

21.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 21.

22.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 22.

23.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 23.

24.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 24.

25.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 25.

26.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 26.

27.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 27.

28.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 28.

29.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 29.

30.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 30.

31.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 31.

## FACTS COMMON TO ALL COUNTS

32.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 32.

33.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 33.

34.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 34.

35.     Defendant denies the allegations as to Defendant contained in paragraph 35. As to the remaining allegations contained in paragraph 35, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.

36.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 36.

37.     Defendant denies the allegations contained in paragraph 37.

38.     Defendant denies the allegations contained in paragraph 38.

39.     Defendant denies the allegations contained in paragraph 39.

40.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 40.

41.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 41.

42.    Defendant denies the allegations as to Defendant contained in paragraph 42. As to the remaining allegations contained in paragraph 42, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.

43.    Defendant denies the allegations as to Defendant contained in paragraph 43. As to the remaining allegations contained in paragraph 43, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.

## CAUSES OF ACTION

### COUNT I

**EXCESSIVE FORCE IN VIOLATION OF 42 U.S.C. § 1983 AND THE FOURTH and EIGHTH AMENDMENTS TO THE UNITED STATES CONSTITUTION AND UNDER THE NEW JERSEY CONSTITUTION AND THE NEW JERSEY CIVIL RIGHTS ACT**

44.    Defendant incorporates by reference his responses as asserted in paragraphs 1 through 43 above as if fully set forth herein.

45.    Paragraph 45 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 45.

46.    Paragraph 46 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 46.

47.    Paragraph 47 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 47.

48.    Paragraph 48 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 48.

49.    Paragraph 49 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 49.

50.    Paragraph 50 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 50.

51.    Paragraph 51 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 51.

The **WHEREFORE** clause of the Amended Complaint contains characterizations of Plaintiff's demands for relief rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in said WHEREFORE clause.

## **COUNT II**

## **FAILURE TO INTERVENE**

52.   Defendant incorporates by reference his responses as asserted in paragraphs 1 through 51 above as if fully set forth herein.

53.   Defendant denies the allegations as to Defendant contained in paragraph 53. As to the remaining allegations contained in paragraph 53, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.

54.   Paragraph 54 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 54.

55.   Paragraph 55 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 55.

56.   Paragraph 56 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 56.

57.   Paragraph 57 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 57.

58.    Paragraph 58 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 58.

59.    Paragraph 59 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 59.

The **WHEREFORE** clause of the Amended Complaint contains characterizations of Plaintiff's demands for relief rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in said WHEREFORE clause.

## COUNT III

### MUNICIPAL LIABILITY UNDER 42 U.S.C. § 1983 and N.J.S.A. 10:6-1 et seq. BASED ON UNCONSTITUTIONAL POLICY, CUSTOM, AND PRACTICE

60.    Defendant incorporates by reference his responses as asserted in paragraphs 1 through 59 above as if fully set forth herein.

61.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 61.

62.    Paragraph 62 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is

required, Defendant denies the allegations as to Defendant contained in paragraph 62 and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

63.    Paragraph 63 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 63.

64.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 64.

65.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 65.

66.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 66.

67.    Paragraph 67 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 67.

68.    Paragraph 68 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 68.

The **WHEREFORE** clause of the Amended Complaint contains characterizations of Plaintiff's demands for relief rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in said WHEREFORE clause.

## COUNT IV

## SUPPLEMENTAL STATE LAW CLAIMS

## ASSAULT and BATTERY

69.     Defendant incorporates by reference his responses as asserted in paragraphs 1 through 68 above as if fully set forth herein.

70.     Paragraph 70 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations as to Defendant contained in paragraph 70 and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

71.     Paragraph 71 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations as to Defendant contained in paragraph 71 and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

The **WHEREFORE** clause of the Amended Complaint contains characterizations of Plaintiff's demands for relief rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in said WHEREFORE clause.

## COUNT V

## NEGLIGENCE

72.    Defendant incorporates by reference his responses as asserted in paragraphs 1 through 71 above as if fully set forth herein.

73.    Paragraph 73 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 73.

74.    Defendant denies the allegations contained in paragraph 74.

75.    Paragraph 75 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 75.

76.    Paragraph 76 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 76.

The **WHEREFORE** clause of the Amended Complaint contains characterizations of Plaintiff's demands for relief rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in said WHEREFORE clause.

## COUNT VII

## NEGLIGENT HIRING, TRAINING, SUPERVISION and RETENTION

77.     Defendant incorporates by reference his responses as asserted in paragraphs 1 through 76 above as if fully set forth herein.

78.     Paragraph 78 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 78.

79.     Paragraph 79 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 79.

80.     Paragraph 80 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is

required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 80.

81.    Paragraph 81 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 81.

The **WHEREFORE** clause of the Amended Complaint contains characterizations of Plaintiff's demands for relief rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in said WHEREFORE clause.

## COUNT VIII

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

82.    Defendant incorporates by reference his responses as asserted in paragraphs 1 through 81 above as if fully set forth herein.

83.    Paragraph 83 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant Pride denies the allegations as to Defendant contained in paragraph 83 and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

84.     Defendant denies the allegations as to Defendant contained in paragraph 84. As to the remaining allegations contained in paragraph 84, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.

85.     Paragraph 85 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations as to Defendant contained in paragraph 85 and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

86.     Paragraph 86 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations as to Defendant contained in paragraph 86 and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

87.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 87.

88.     Paragraph 88 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 88.

## COUNT IX

## (PUNITIVE DAMAGES AS AGAINST THE INDIVIDUAL CORRECTIONS OFFICER DEFENDANTS)

89.    Defendant incorporates by reference his responses as asserted in paragraphs 1 through 88 above as if fully set forth herein.

90.    Paragraph 90 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 90.

The **WHEREFORE** clause of the Amended Complaint contains characterizations of Plaintiff's demands for relief rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in said WHEREFORE clause.

## COUNT X

## VICARIOUS LIABILITY

91.    Defendant incorporates by reference his responses as asserted in paragraphs 1 through 90 above as if fully set forth herein.

92.    Paragraph 92 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 92.

The **WHEREFORE** clause of the Amended Complaint contains characterizations of Plaintiff's demands for relief rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in said WHEREFORE clause.

## COUNT XI

## (JOINT AND SEVERAL LIABILITY)

93.    Defendant incorporates by reference his responses as asserted in paragraphs 1 through 92 above as if fully set forth herein.

94.    Paragraph 94 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations as to Defendant contained in paragraph 94 and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

The **WHEREFORE** clause of the Amended Complaint contains characterizations of Plaintiff's demands for relief rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in said WHEREFORE clause.

## COUNT XII

## (STATUTORY ATTORNEY FEES AND COSTS UNDER 42 U.S.C. 1988 AND THE NEW JERSEY CIVIL RIGHTS ACT

95.    Defendant incorporates by reference his responses as asserted in paragraphs 1 through 94 above as if fully set forth herein.

96.    Paragraph 96 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 96.

The **WHEREFORE** clause of the Amended Complaint contains characterizations of Plaintiff's demands for relief rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in said WHEREFORE clause.

## COUNT XIII

## (VIOLATION OF THE NEW JERSEY LAW AGAINST DISCRIMINATION N.J.S.A. 10:5-1)

97.    Defendant incorporates by reference his responses as asserted in paragraphs 1 through 96 above as if fully set forth herein.

98.    Defendant denies the allegations contained in paragraph 98.

99.    Paragraph 99 contains Plaintiff's conclusions of law rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 99.

The **WHEREFORE** clause of the Amended Complaint contains characterizations of Plaintiff's demands for relief rather than averments of fact; therefore, no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in said WHEREFORE clause.

## SEPARATE DEFENSES

Separately, Defendant alleges as follows:

1.    The Amended Complaint fails in whole or in part to state a claim upon which relief may be granted.

2.    The Amended Complaint is barred under the applicable statute of limitations.

3.    The theory of *respondeat superior* cannot be used in 42 *U.S.C.* § 1983 actions.

4.    The matters alleged herein concern the internal administration and management of the County of Essex, Essex County Correctional Facility, and therefore do not give rise to a cause of action.

5.    Plaintiff's alleged injuries, damages, and losses, if any, were the result of Plaintiff's own actions and/or inactions.

6.    Plaintiff failed to exhaust available administrative remedies.

7.    Insofar as claims asserted against Defendant allege tortious acts, they are governed by and subject to the New Jersey Tort Claims Act, *N.J.S.A.* 59:1-1 *et seq.* Failure to file a notice of claim pursuant to *N.J.S.A.* 59:8-8 precludes Plaintiff from asserting those claims.

8.    Any recovery to which Plaintiff may otherwise be entitled against Defendant is subject to the bars, limitations, and reductions on damages set forth in *N.J.S.A.* 59:9-2.

9.    Any liability that might otherwise be imposed upon Defendant is subject to reduction by the limitations of proportionate liability set forth in *N.J.S.A.* 59:9-3.1.

10.    Any liability that might otherwise be imposed upon Defendant is subject to reduction by the comparative negligence provisions set forth in *N.J.S.A.* 59:9-4.

11.    Plaintiff's Amended Complaint is barred, precluded, and/or limited, pursuant to the Prison Litigation Reform Act of 1995, 42 *U.S.C.* § 1997(e).

12.    Plaintiff is barred from seeking equitable relief under the doctrine of unclean hands.

## RESERVATION OF RIGHTS

Defendant reserves the right to interpose each and every such other defense that continuing investigation and discovery may indicate.

## CROSSCLAIMS FOR INDEMNIFICATION AND CONTRIBUTION

Without admitting any liability for the injuries, damages, and losses alleged in the Amended Complaint, Defendant asserts that should liability be assessed against him, Defendant is entitled to, and hereby demands and claims, indemnification and contribution from all other defendants in this action, pursuant to statute, including but not limited to, the New Jersey Tortfeasers Contribution Law, N.J.S.A. 2A:53A-1 *et seq.*, the New Jersey Comparative Negligence Act, N.J.S.A. 2A:15-5.1 *et seq.*, common law, and/or contract.

## ANSWER TO ALL CROSSCLAIMS FOR INDEMNIFICATION AND/OR CONTRIBUTION AGAINST DEFENDANT PRIDE

Defendant, by way of answer to all crossclaims for indemnification and/or contribution asserted against him or which shall be asserted against him by the other defendants in this action, denies responsibility for such claims and denies each and every allegation contained therein.

## DEMAND FOR JURY

Defendant demands a trial by jury as to all issues.

## <u>DESIGNATION OF TRIAL COUNSEL</u>

Please be advised that Catherine M. Elston, Esq., is hereby designated as trial counsel.

**WHEREFORE**, having fully answered, Defendant prays that this Court dismiss Plaintiff's Amended Complaint with prejudice and for such further relief as this Court deems just and proper.

C. ELSTON & ASSOCIATES, LLC
*Attorneys for Defendant Sgt. Herman Pride*

DATED: October 31, 2024          By:    /s/     *Cathlene Y. Banker*
                                        Cathlene Y. Banker, Esq.

**CERTIFICATION OF SERVICE**

I certify that on October 31, 2024, I electronically filed the foregoing document in the United States District Court for the District of New Jersey via the Court's CM/ECF System. The CM/ECF System will automatically generate and transmit notice of such filing to all parties who have appeared in this case represented by counsel that are registered users of the CM/ECF System.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


DATED:  October 31, 2024                           /s/    *Cathlene Y. Banker*
                                                   Cathlene Y. Banker, Esq.