UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| QUINN MAYWEATHER,<br>　　　　　　　　　　　Plaintiff,<br>　　　v.<br>SGT. HERMAN PRIDE, CORRECTIONS OFFICER HALL (#3201), CORRECTIONS OFFICER HARRISON (#3184), CORRECTIONS OFFICER CHAVECO (#3335), CORRECTIONS OFFICER R. WILLIAMS (#2934), CORRECTIONS OFFICER MAYES (#3313), CORRECTIONS OFFICER NIGRO (#3212), CORRECTIONS OFFICER EDWARDS (#3354), COUNTY OF ESSEX, ESSEX COUNTY CORRECTIONAL FACILITY, DIRECTOR ALFARO ORTIZ, WARDEN GUY CIRILLO, ASSOCIATE WARDEN ANTONIO PIRES, JOHN DOE CORRECTIONS OFFICERS 1-10 and JOHN DOE CORRECTIONAL FACILITY DIRECTORS, WARDENS AND ADMINISTRATORS, ESSEX COUNTY SHERIFF'S DEPARTMENT,<br>　　　　　　　　　　　Defendants. | Civil Action No.<br>2:23-cv-00316-CCC-SDA<br><br><br><br>**STIPULATION OF<br>DISMISSAL<br>WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED BY AND AMONG

THE PARTIES, through their undersigned counsel, that this matter is

dismissed in its entirety with prejudice and without attorneys' fees or costs to any party.

| | |
|---|---|
| *Attorney for Plaintiff* | *Attorneys for Defendant/Cross Defendant County of Essex, and all named individual defendants and cross defendants, except Sgt. Herman Pride* |
| SCHWARTZ & POSNOCK | |
| By: /s/ *David A. Schwartz*<br>     David A. Schwartz, Esq. | OFFICE OF THE COUNTY COUNSEL |
| DATED:  January 17, 2025 | By: /s/ *Alan Ruddy*<br>     Alan Ruddy, Esq.<br>     Assistant County Counsel |
| | DATED:  January 17, 2025 |

*Attorneys for Defendant/Cross Claimant Sgt. Herman Pride*

C. ELSTON & ASSOCIATES, LLC

By: /s/ *Cathlene Y. Banker*
     Cathlene Y. Banker, Esq.

DATED: January 17, 2025